UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -                      22-CR-373 (JGK)

RICARDO FORDE, ET AL.,          <u>ORDER</u>

            Defendants.

---

JOHN G. KOELTL, District Judge:

    The request of the parties to adjourn the arraignment and initial conference from July 26, 2022 to August 10, 2022, at 4:30 p.m. is **granted**.

    Because a continuance is needed because of the unavailability of all parties, and for the Government to produce discovery and for the defense to review it, the Court prospectively excludes the time from today, **July 13, 2022**, until **August 10, 2022,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

The Court will hold a conference with the defendant Ricardo Forde on July 26, 2022, at 4:30 p.m. to consider any request for appointment of new counsel.

**SO ORDERED.**

Dated:   New York, New York
         July 13, 2022

_____
John G. Koeltl
United States District Judge