UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                          22 cr 373 (JGK)

RICARDO FORDE,
                Defendant.
-------------------------------------------------------------X

        It is hereby ordered that Bennett Epstein and Sarah M. Sacks, Esqs., of the law firm of Epstein Sacks PLLC, be appointed as counsel to the above-named defendant, replacing Steven E. Lynch, Esq.

**SO ORDERED.**

                                                          _____
                                                          **JOHN G. KOELTL**
                                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
           August 2, 2022