UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - against -                    22-cr-373 (JGK)

RICARDO FORDE, ET AL.,           ORDER

           Defendants.

JOHN G. KOELTL, District Judge:

    The defendants may submit any motions by **April 21, 2023**. The Government may respond by **May 5, 2023**. The defendants may reply by **May 12, 2023**. A conference is scheduled for **May 25, 2023** at **2:30 p.m.**

    The Government should provide a Rule 404(b) evidentiary notice by **September 22, 2023**. Motions in limine, voir dire requests, and requests to charge are due by **November 10, 2023**. Responses and objections are due by **November 17, 2023**. The final pretrial conference is scheduled for **December 13, 2023** at **2:30 p.m.** A firm trial date is set for **January 8, 2024** at **9:00 a.m.**

    Because a continuance is needed to assure the effective assistance of counsel, to accommodate defense counsel's trial schedules, and to provide sufficient time for the defense to file any motions in this multi-defendant case, the Court prospectively excludes the time from today, **February 21, 2023**, until **January 8, 2024** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the

continuance outweigh the best interest of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated:     New York, New York
           February 21, 2023

_____
John G. Koeltl
United States District Judge