**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────────────

**UNITED STATES OF AMERICA**                     22-cr-373 (JGK)

    - against –                                       <u>ORDER</u>

**RICARDO FORDE,**

                 **Defendant.**

───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The defendant's sentencing is **adjourned** from September 20, 2023, to **November 6, 2023,** at **11:00 a.m.**

**SO ORDERED.**

**Dated:**   **New York, New York**
           **August 26, 2023**              <u>/s/ John G. Koeltl</u>
                                                  **John G. Koeltl**
                                      **United States District Judge**