Case 1:22-cr-00373-JGK Document 141 Filed 11/04/26 Page 1 of 1

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 4, 2026

**BY ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

A CONFERENCE WILL BE HELD ON WEDNESDAY, NOVEMBER 18, 2026, AT 3:30PM
SO ORDERED.
J. G. Koeltl
11/5/26 USDJ

**Re: *United States v. Ricardo Forde*, 22 Cr. 373 (JGK)**

Dear Judge Koeltl:

On October 22, 2026, defendant Ricardo Forde was taken into federal custody from New York City custody on the arrest warrant that this Court issued on June 15, 2026. That arrest warrant was based on violation of supervised release specifications that the Probation Office originally issued in a June 15, 2026 Petition for Expedited Warrant and supplemented in an October 22, 2026 Violation Report. The specifications arise from two sets of state charges that the defendant faces in Kings County, based on incidents alleged to have taken place on September 26, 2025, and June 12, 2026.

On October 23, 2026, the defendant was presented in this District before Magistrate Judge Katharine H. Parker and ordered detained. The parties have conferred regarding the scheduling of an initial appearance before this Court, and are available on the following times, if convenient for the Court: any time on Monday, November 16, and after 1 p.m. on November 17, 18, and 20.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: Patrick R. Moroney
Patrick R. Moroney
Assistant United States Attorney
(212) 637-2330

Cc (by ECF and e-mail): Renato Stabile, Esq.
Probation Officer Larren Riley