UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

RICARDO FORDE,

Defendant.

22-cr-373-1 (JGK)

Order

John G. Koeltl, District Judge:

The parties are requested to file a joint letter with respect to the status of this action by **December 1, 2026.**

**SO ORDERED.**

**Dated:** New York, New York
November 18, 2026

John G. Koeltl
United States District Judge